MADISON LUNCH, INC., Respondent, v. MORRIS OLENIK, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WALTER MEUSER, Respondent, v. MAXWELL MOTOR SALES CORPORATION, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOSEPH LISOWSKI, an Infant, by ADOLPH SALZMAN, His Guardian ad Litem, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SANTO DE COLA as Administrator, etc., Respondent, v. JOHN EICHLER BREWING COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500, in which event the judgment as so modified and the order appealed from are affirmed, without costs. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HERMAN ROSENBERG, as Guardian ad Litem of ANNIE ROSENBERG, Respondent, v. HOROWITZ BROTHERS & MARGARETEN, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOSEPH MUTOLI, Respondent, v. CAESAR FRANCINI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GAETANA SPECCHIALE and Another, as Administrators, etc., Respondents, v. BERNARD-GREENWOOD COMPANY., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOHN J. GALLAGHER, an Infant, by BRIDGET GALLAGHER, His Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ISAAC CHIPMAN, Appellant, v. C. & E. CHAPAL FRERES & CIE, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM H. EVERS, Appellant, v. HEDWIG SCHUTZ, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EMILE ABT, Doing Business as EMIL ABT & Co., Respondent, v. JULIUS KLUGMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.